UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CR00681 RWS (AGF) |
| ) | |
| KENYETTA L. LONG, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On motion of the government [#28], and for good cause shown, the motion to correct a clerical error in the indictment is granted. The Clerk of Court is directed to amend the case caption and the docket sheet to reflect Defendant's name as Kenyetta L. Long.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated November 27, 2007.